# SUSAN C. WOLFE, ESQ.

Law office of Susan C. Wolfe
1700 Broadway, 41st Floor
New York, York 10019

Tel:   (917) 209-0441
Email: scwolfe@scwolfelaw.com

December 12, 2018

Honorable Kenneth M. Karas
United States District Judge
United State District Court
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Tyrell Simon*, 15 Cr. 463 (KMK)

Dear Judge Karas:

     In my last letter, I advised the Court of the State Department of Corrections' time calculations regarding Mr. Simon's related State case.  Mr. Simon's State conviction has since been reversed on appeal due to infirmities in the plea proceeding.  Because there is no conviction with which to run his federal sentence concurrent, it does not appear that the pendency of the State case will have any impact on his federal sentence.  If there is a conviction in that case, the State judge will determine what credit to give Mr. Simon for his time in federal custody.

     Mr. Simon's sentencing in the case before Your Honor is currently scheduled for January 10, 2019.  With the consent of AUSA Won Shin, and for scheduling reasons, I ask the Court to adjourn the proceeding until the week of January 28, 2019, excluding January 29th

     Thank you for your consideration.

Very truly yours,

s/

SUSAN C. WOLFE