UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Re: Criminal Cases

08-CR-1192
20-CR-119
15-CR-463
19-CR-881
20-CR-442

NOTICE OF TELECONFERENCE
INFORMATION

KENNETH M. KARAS, United States District Judge:

For the week April 5, 2021, the Court will hold the above-captioned criminal proceedings

by telephone.  To access the teleconference, please use the following information:

Meeting Dial-In Number (USA toll-free): (888) 363-4749   Access Code: 7702195

Please enter the conference as a guest by pressing the pound sign (#).

Any requests for adjournments should be filed as soon as possible and clearly explain

why the conference should be adjourned.

SO ORDERED.

Dated:    April 2, 2021
          White Plains, New York

_____
        KENNETH M. KARAS
        United States District Judge