**MEMO ENDORSED**

**SUSAN C. WOLFE, ESQ.**
Law office of Susan C. Wolfe
1700 Broadway, 41st Floor
New York, York 10019

Tel:   (917) 209-0441                                                                        Diane Fischer,
Email: scwolfe@scwolfelaw.com                                                  *of Counsel*

June 5, 2021

Honorable Kenneth M. Karas
United States District Judge
United State District Court
300 Quarropas Street
White Plains, NY 10601

Re:   *United States v. Tyrell Simon*, 15 Cr. 463 (KMK)

Dear Judge Karas:

The parties agreed to adjourn Mr. Simon's June 2, 2021 appearance on the VOSR. P.O. Florence Duggan advised me that Mr. Simon's pending state matter (one of the bases for the violation) would not likely be resolved for 6 to 8 weeks and that it makes sense to schedule the next appearance for at least six weeks out. We therefore ask the Court for a date during the week of July 12th or 19th.

Thank you for your consideration.

Very truly yours,

*S/*

SUSAN C. WOLFE

*The Court will hold a teleconference on 7/16/2021 at 11:00 AM*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
6/7/2021