MEMO ENDORSED

# SUSAN C. WOLFE, ESQ.
Law office of Susan C. Wolfe
1700 Broadway, 41st Floor
New York, York 10019

Tel:     (917) 209-0441
Email: scwolfe@scwolfelaw.com

Diane Fischer,
*of Counsel*

July 19, 2021

Honorable Kenneth M. Karas
United States District Judge
United State District Court
300 Quarropas Street
White Plains, NY 10601

Re:   *United States v. Tyrell Simon*, 15 Cr. 463 (KMK)

Dear Judge Karas:

The parties have conferred and propose an adjourned date of the July 16, 2021 conference on the VOSR to the week August 16, 2021, with a particular preference by P.O. Duggan for August 19th. By that date, Mr. Simon's pending state matter (one of the bases for the violation) may be resolved or we will have sufficient intelligence to proceed. We therefore ask the Court for a date during the week of August 16th; August 19th if possible.

Thank you for your consideration.

Very truly yours,

S/

SUSAN C. WOLFE

*The conference will go forward via telephone on Sept. 10, 2021 at 10:30 AM*

SO ORDERED

KENNETH M. KARAS U.S.D.J.

7/22/2021