UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Re: Criminal Cases

15-CR-463

NOTICE OF TELECONFERENCE
INFORMATION

KENNETH M. KARAS, United States District Judge:

For the week of November 22, 2021, the Court will hold all criminal proceedings by telephone.  To access the teleconference, please use the following information:

Meeting Dial-In Number (USA toll-free): (888) 363-4749    Access Code: 7702195

Please enter the conference as a guest by pressing the pound sign (#).

Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

SO ORDERED.

Dated:   November 19, 2021
            White Plains, New York

_____
       KENNETH M. KARAS
       United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Re: Criminal Cases

20-CR-35

NOTICE OF TELECONFERENCE
INFORMATION

KENNETH M. KARAS, United States District Judge:

      For the week of November 22, 2021, the Court will hold all criminal proceedings by telephone.  To access the teleconference, please use the following information:

      <u>Meeting Dial-In Number</u> (USA toll-free): (888) 363-4749    <u>Access Code</u>: 7702195

      Please enter the conference as a guest by pressing the pound sign (#).

      Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

SO ORDERED.

Dated:   November 19, 2021
          White Plains, New York

                          KENNETH M. KARAS
                      United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Re: Criminal Cases

11-CR-630

NOTICE OF TELECONFERENCE
INFORMATION

KENNETH M. KARAS, United States District Judge:

     For the week of November 22, 2021, the Court will hold all criminal proceedings by telephone.  To access the teleconference, please use the following information:

     Meeting Dial-In Number (USA toll-free): (888) 363-4749   Access Code: 7702195

     Please enter the conference as a guest by pressing the pound sign (#).

     Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

SO ORDERED.

Dated:   November 19, 2021
         White Plains, New York

KENNETH M. KARAS
United States District Judge