**MEMO ENDORSED**

# SUSAN C. WOLFE, ESQ.
Law office of Susan C. Wolfe
1700 Broadway, 41st Floor
New York, York 10019

Tel:    (917) 209-0441
Email: scwolfe@scwolfelaw.com

Diane Fischer,
*of Counsel*

November 23, 2021

Honorable Kenneth M. Karas
United States District Judge
United State District Court
300 Quarropas Street
White Plains, NY 10601

Re:   *United States v. Tyrell Simon*, 15 Cr. 463 (KMK)

Dear Judge Karas:

    With the consent of AUSA Shin and PO Duggan, I am writing to confirm the Court's approval of my request to adjourn the conference on the VOSR scheduled for November 23, 2021, for approximately two weeks. My only conflict during that general time frame is a conference before Judge Roman on December 9 at either 10 a.m. or 1 p.m.

    Thank you for your consideration.

Very truly yours,

S/

SUSAN C. WOLFE

*Granted. The Court will hold a teleconference on December 7, 2021 at 10:30 AM*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
11/23/2021