

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

December 16, 2021

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    ***United States* v. *Tyrell Simon***, 15 Cr. 463 (KMK)

Dear Judge Karas:

      As discussed at today's conference, the parties have agreed that defendant Tyrell Simon's conditions of supervised release should be modified in connection with Simon's admission to certain violations and adjournment of sentencing to February 15, 2022. The parties accordingly request that the Court so-order the following condition of supervised release with respect to Simon:

> The offender shall comply with the conditions of home detention via electronic location monitoring for a period of **2 Months**. During this time, the offender shall remain at his place of residence with the exception of employment, religious, medical, legal and other appointment/activities approved in advance by the probation officer. The method of electronic monitoring equipment shall be determined and approved at the discretion of the Probation Office. At the direction of the probation officer, the offender shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. Home confinement shall commence on a date to be determined by the probation officer. The offender shall pay the costs of home confinement on a self-payment or co-payment basis as directed by the probation officer.

      Respectfully submitted,

So Ordered.

/s/ [signature]
12/16/21

DAMIAN WILLIAMS
United States Attorney

By: /s/ Won S. Shin
    Won S. Shin
    Assistant United States Attorney
    (212) 637-2226

Cc:    Susan Wolfe, Esq.
        Florence Duggan, United States Probation Officer