UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Re: Criminal Cases

15-CR-463

<u>NOTICE OF TELECONFERENCE
INFORMATION</u>

KENNETH M. KARAS, United States District Judge:

For the week of February 28, 2022, the Court will hold all criminal proceedings by telephone. To access the teleconference, please use the following information:

<u>Meeting Dial-In Number</u> (USA toll-free): (888) 363-4749   <u>Access Code</u>: 7702195

Please enter the conference as a guest by pressing the pound sign (#).

Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

SO ORDERED.

Dated:   February 25, 2022
         White Plains, New York

_____
KENNETH M. KARAS
United States District Judge